AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**
Feb 17 2015
Clerk, U.S. District Court
Western District of Texas

By: ___CR___
         Deputy

**USA**

vs.

**(1) JUAN MANUEL ARMENTA-RODRIGUEZ**

§
§   CRIMINAL COMPLAINT
§   CASE NUMBER: **EP:15-M -00424(1)**
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 15, 2015** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, and was found in the United States after having been previously excluded, deported, and removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title    **8**    United States Code, Section(s)    **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "*The DEFENDANT Juan Manuel ARMENTA-Rodriguez an alien to the United States and a citizen of Mexico was found in the United States on February 15, 2015 in Tornillo, Texas in the Western District of Texas. From statements made by the* "

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
HERNANDEZ, MIGUEL
Border Patrol Agent

February 17, 2015
File Date

at   EL PASO, Texas
City and State

ANNE T. BERTON
U.S. MAGISTRATE JUDGE

Signature of Judicial Officer

**WESTERN DISTRICT OF TEXAS**

**(1) JUAN MANUEL ARMENTA-RODRIGUEZ**

*FACTS   (CONTINUED)*

**DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Mexico on or about October 3, 2014 through Nogales, AZ. The DEFENDANT has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States. On February 15, 2015, at approximately 9:30 p.m., Border Patrol Agent Camera Operator Robert Crespo observed six individuals enter the United States illegally approximately 10.54 miles east of the Tornillo Port of Entry in Tornillo, Texas. Agent Crespo advised Border Patrol Agents in the area via government radio. Border Patrol Agents Nicolas Gamboa, Nora Carrillo and David Garcia responded to the area. Agent Garcia encountered the shoeprints of the illegal entries and discovered three individuals had returned back south in to Mexico. The remaining three individuals proceeded north into an agricultural field in the United States. At approximately 9:56 p.m., Border Patrol Agent Gamboa encountered three individuals concealing themselves in an agricultural field north of the entry location. Agent Gamboa noticed that the individuals' shoeprints matched that of the shoeprints encountered at the entry location. Agent Gamboa approached the individuals, identified himself as a United States Border Patrol Agent, and questioned the individuals to include the DEFENDANT Juan Manuel ARMENTA-Rodriguez as to their citizenship. The DEFENDANT admitted to being a citizen of Mexico without any documents allowing him to be, enter or remain in the United States legally. The DEFENDANT admitted to having just entered the United States illegally. The DEFENDANT was placed under arrest and transported to the Clint Border Patrol Station for processing. The DEFENDANT was enrolled into the E3/IDENT/NGI system utilizing his fingerprints and photo. The system identified the DEFENDANT and revealed positive immigration and positive criminal history. The DEFENDANT was read his rights as per Form I-214 in the Spanish language which he understood by signing. The DEFENDANT provided a sworn statement and admitted to making an illegal entry on or about February 15, 2015. Further immigration records checks revealed that the DEFENDANT has previously been removed from the United States and has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States. Because this Affidavit is being submitted for the limited purpose of establishing probable cause**

IMMIGRATION HISTORY:

**Deported 6 times last on 10/03/2014 through NOGALES, AZ. Deported on 09/08/2014 through El Paso, Texas. Deported on 05/16/2013 through El Paso, Texas. Deported on 11/12/2009 through Del Rio, Texas. Deported on 10/19/2012 through Del Rio, Texas. Deported on 08/18/2006 through El Paso, Texas.**

CRIMINAL HISTORY:

**On February 9, 2001, in Oklahoma City, OK, the DEFENDANT was charged with DUI/Trasnporting Open Container(M), the disposition was Held. On August 25, 2001, in Oklahoma City, OK, the DEFENDANT was charged with DUI-liquor or Drugs/APCV(M), the disposition was Held. On July 5, 2006, in Deming , NM, the DEFENDANT was Convicted of Illegal Entry(M) and sentenced to 45 Days Confinement. On March 3, 2013, in EL Paso, TX, the DEFENDANT was Convicted of Re-Entry of Deported Aliens(F) and sentenced to 60 days Non-Reporting Probation. On May 2, 2014, in Santa Teresa, NM, the DEFENDANT was Convicted of Re-Entry of Deported Aliens(F) and sentenced to 106 Days Confinement.**