IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2015 MAR 11 AM 11: 08

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-15-CR- |
| Plaintiff, | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | CT 1: 8 U.S.C. § 1326(a) - Illegal Re-Entry |
| JUAN MANUEL ARMENTA-RODRIGUEZ | § | |
| also known as (a.k.a.) Juan Camacho, | § | |
| Defendant. | § | |

THE GRAND JURY CHARGES:

**EP15CR0309**

COUNT ONE
(8 U.S.C. § 1326(a))

On or about February 15, 2015, in the Western District of Texas, Defendant,

**JUAN MANUEL ARMENTA-RODRIGUEZ
a.k.a. Juan Camacho,**

an alien, who had previously been excluded, deported, and removed from the United States on or about October 3, 2014, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
ACTING UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney