

U.S. Department of Justice

United States Marshals Service
*Western District of Texas*

FILED

2016 MAR -2 PM 4: 20

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

*United States Courthouse*
*Room 305*
*511 E. San Antonio Street*
*El Paso, Texas 79901*

February 24, 2016

**MEMORANDUM TO:** United States Attorney's Office
Attn: AUSA Jose Luis Gonzalez

**FROM:** W/TX - El Paso Division - Warrants Section

**SUBJECT:** Notice of Incarceration of Federal Prisoner

The below-named defendant was arrested:

**DEFENDANT:** Juan Manuel Armenta-Rodriguez

**CASE #(S):** EP15CR309KC

**VIOLATION(S):** Prob. Viol./Illegal Re-Entry

**DATE OF ARREST:** *DETAINER LODGED: 02/23/2016

**INCARCERATED IN:** *Torrance Co Detn Fac
(County Jail/*BOP/TDC) **Contact the USMS Criminal Clerk @ 534-6779 to coordinate defendant's arrival.**

**Detainer filed with___Torrance CO Detn Fac___ by the United States Marshals Service in___D/NM-Albuquerque___. The United States Attorney needs to provide the United States Marshal a Writ of Habeas Corpus ad prosequendum to bring defendant to court.*

cc: U.S. District Clerk/U.S. Magistrate
U.S. Probation
U.S. Marshals Service (Criminal Clerk)
U.S. Marshals Service (D.E.O.)
U.S. Marshals Service (USM123 File)