FILED
2016 MAR 14 PM 3:13
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____ DEPUTY

| PROB 22 (Rev. 9/08) **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Court) EP-15-CR-309KC |
| --- | --- |
| | DOCKET NUMBER (Rec. Court) CR 16-811 JH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| JUAN MANUEL ARMENTA-RODRIGUEZ aka JUAN CAMACHO | WD/TX | EL PASO |
| | NAME OF SENTENCING JUDGE | |
| | KATHLEEN CARDONE | |
| | DATES OF PROB/ SUPV. REL. | FROM 12-16-2015    TO 12-15-2018 |

**OFFENSE**
Illegal re-entry, 8 § 1326

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF NEW MEXICO upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 18, 2016
Date

_Kathleen Cardone_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/8/16
Effective Date

_Judith C. Herrera_
United States District Judge